Marc G. Wilhelm
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
mwilhelm@richmondquinn.com

Attorneys for Defendant
United Specialty Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLET TRIBAL COUNCIL, INC., an Alaska corporation,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a Delaware company,<br><br>      Defendant. | Case No. 3:19-cv-00301-JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

 COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

DATED this 18th day of May 2020.

                BANKSTON GRONNING BRECHT PC
                Attorneys for Plaintiff
                Cook Inlet Tribal Council

                By: /s/ Chris D. Gronning
                Chris D. Gronning, ABA No. 8310122
                188 W. Northern Lights Blvd., Suite 1020
                Anchorage AK 99503
                Ph: (907) 276-1711
                Fax: (907) 279-5358
                Email: cgronning@bgbalaska.com

                RICHMOND & QUINN
                Attorneys for Defendant
                United Specialty Insurance Company

                By: s/ Marc G. Wilhelm
                Marc G. Wilhelm, ABA No. 8406054
                360 K Street, Suite 200
                Anchorage, AK 99501
                Ph: (907) 276-5727
                Fax: (907) 276-2953
                Email: mwilhelm@richmondquinn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of May, 2020, a copy of the foregoing was served by ECF on the parties registered to receive electronic notices.

By: s/ Marc G. Wilhelm
RICHMOND & QUINN

I:\2388\001\PLD\STIP TO DISMISS.docx

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Cook Inlet Tribal Council, Inc. v. United Specialty Insurance Co.*; Case No. 3:19-cv-00301-JWS
Page 2 of 2